UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-MJ-1586

| IN THE MATTER OF THE SEIZURE OF INTERAVTICE BROKERS, LLC ONLINE BROKERAGE ACCOUNT NUMBER U260342 AND SUB-ACCOUNTS | ORDER TO UNSEAL SEIZURE WARRANT |

Upon motion of the Government, by and through the United States Attorney for the Eastern District of North Carolina, the previously-requested Application, Affidavit, and Order authorizing the seizure warrant in the above-captioned matter are hereby ORDERED unsealed.

Dated: February 24, 2017

Robert T. Numbers, II
United States Magistrate Judge